UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2017 OCT -4 PM 1:13
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. SA17CR0782XR |
| Plaintiff, | § | **INDICTMENT** |
| V. | § § | Vio:  18 USC § 844(e) |
| WALTER CROSLEY, | § § | Explosive Materials-Threat |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

Count One
[18 U.S.C. § 844(e)]

On or about the 28th day of August, 2017, in the Western District of Texas, the Defendant, WALTER CROSLEY, through the use of the Internet, willfully made a threat to kill employees of the U.S. Department of Veterans Affairs, by means of an explosive, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

Count Two
[18 U.S.C. § 844(e)]

On or about the 28th day of August, 2017, in the Western District of Texas, the Defendant, WALTER CROSLEY, through the use of the Internet, willfully made a threat to damage and to destroy a building of the U.S. Department of Veterans

Affairs, by means of an explosive, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL.

███████████████

FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: *[signature]*

BUD PAULISSEN
Assistant United States Attorney